# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

158303

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MICHIGAN OPPORTUNITY,
      Plaintiff-Appellant,

v

BOARD OF STATE CANVASSERS,
SECRETARY OF STATE, and SALLY
WILLIAMS, in her capacity as Director of
Elections,
      Defendants-Appellees,
and

MICHIGAN ONE FAIR WAGE,
      Intervenor-Defendant/
      Cross-Plaintiff-Appellee.

SC: 158303
COA: 344619

_____/

      By order of September 28, 2018, the parties were directed to file supplemental briefs addressing whether the plaintiff's application for leave to appeal the August 22, 2018 order of the Court of Appeals presents a justiciable issue. The briefs having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t1128

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk